JOHN C. PRENDERGAST, Respondent, v. GARMENT CENTRE REALTY Co., INC., Defendant, and MACK KANNER, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

WILLIAM HAROLD POWERS, Respondent, v. E. P. W. REALTY COMPANY, INC., Appellant.— Counsel having agreed in open court that the rents may be collected by the Kings County Trust Company, pending the appeal, the motion for a stay is granted upon that condition, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERTHA SHKILKY, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. J. CURRY BARLOW, Relator, v. THE BOARD OF SUPERVISORS OF WESTCHESTER COUNTY, Defendant. GEORGE C. COWIE, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

THOMAS F. ROCHFORD and EMMA L. BUSH, Appellants, v. JOSEPH FRIED and Others, Respondents.— Motion for stay denied, without costs. Motion to be permitted to present the two appeals on one record granted, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

LILLIAN WACHTER, Respondent, v. A. WILLIAM WACHTER, Appellant.— Motion for stay granted on condition that the defendant pay, on account of alimony awarded by the order, the sum of ten dollars per week, beginning on the 1st day of June, 1922. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ. Settle order on notice.

PETRONELLA CLINE, Respondent, v. GAILLARD T. BOAG, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Motion for stay denied, without costs. Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ., concur.

In the Matter of the Petition of JENNIE E. MORRISON to Prove the Last Will and Testament of EMMA L. JONES DARROW, etc., Deceased.— Decree of the Surrogate's Court of Kings county, rendered on the 17th day of December, 1920, admitting the will of Mrs. Emma L. Jones Darrow to probate, affirmed, with costs to the legatees payable out of the estate. No opinion. Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ., concur.

NELSON LEVEQUE, Appellant, v. FRED J. PELDA, etc., Respondent.— Order denying application for mandamus reversed on the law, without costs, and application granted, without costs. Subdivision 3 of section 1557 of the Civil Practice Act, as amended by chapter 144 of the Laws of 1922, applies only to cases placed on the calendar subsequent to March 22, 1922, when that act took effect. This case was on the calendar at that time, and was entitled to remain thereon until disposed of pursuant to section 977 of the Code of Civil Procedure. No opinion. Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ., concur.